IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD P. MELVIN,<br><br>              Plaintiff,<br><br>vs.<br><br>JUSTIN KALMBACH, ET AL,<br><br>              Defendant. | CV 23-140-M-DLC-KLD<br><br>ORDER |

On November 17, 2023, Plaintiff Ronald P. Melvin, who is proceeding pro se, filed his Complaint in this case and also paid the $402 civil filing fee. (Doc. 1). On November 27, 2023, Defendant Justin Kalmbach filed a motion to strike Melvin's Complaint on the ground that it is not personally signed as required by Rule 11 of the Federal Rules of Civil Procedure. (Doc. 5).

Rule 11(a) requires that "[e]very pleading, written motion, and other paper must be signed by … a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Additionally,

> [t]he paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

Fed. R. Civ. P. 11(a).

1

Melvin has provided the requisite contact information, but has not personally sign his Complaint as required for this matter to proceed. (Doc. 1 at 14). Accordingly,

IT IS ORDERED that on or before December 19, 2023, Plaintiff must file a signed copy of his Complaint. Plaintiff is cautioned that if he fails to comply with this Order, his Complaint will be stricken from the record and this matter may be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's orders and the Federal Rules of Civil Procedure.

DATED this 5th day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge