IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD P. MELVIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN KALMBACH, Public Defender, Kalmbach Law Office, PLLC and JAMES LAPOTKA, Lake County Attorney, Lake County Attorney's Office,<br><br>    Defendants. | CV 23-140-M-DLC-KLD<br><br>ORDER |

On December 5, 2023, the Court issued an order giving Plaintiff Ronald Melvin until December 19, 2023 to file a signed copy of his Complaint to ensure compliance with Rule 11(a) of the Federal Rules of Civil Procedure. (Doc. 7). Plaintiff filed a signed copy of the Complaint on December 11, 2023. (Doc. 11). Accordingly,

IT IS ORDERED that Defendant's Motion to Strike (Doc. 5) is DENIED AS MOOT.

DATED this 12th day of December, 2023.

              _____
              Kathleen L. DeSoto
              United States Magistrate Judge