UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD P. MELVIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN KALMBACH, Public Defender, Kalmbach Law Office, PLLC and JAMES LAPOTKA, Lake County Attorney, Lake County Attorney's Office,<br><br>    Defendants. | Case No. CV-23-140-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that in accordance with the Court's order dated October 21, 2024 (Doc. 28), this action is DISMISSED.

 Dated this 21st day of October, 2024.

        TYLER P. GILMAN, CLERK

        By: /s/ Sarah Nagy
        Sarah Nagy, Deputy Clerk